UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STACEY STEGGERT, | ) | CASE NO. 1:22-CV-1294 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| SHAKER HEIGHTS CITY SCHOOL | ) | ORDER |
| DISTRICT BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

On February 5, 2024, the parties filed a stipulated motion to dismiss this matter with prejudice pursuant to a settlement agreement, with such motion further requesting that the Court retain jurisdiction over the settlement agreement. R. 27. The Court in a non-document Order of February 9, 2024, acknowledged receipt of the above-referenced motion and informed the parties that "[i]f the parties want the Court to consider retaining jurisdiction, then the parties are instructed to file the settlement agreement(s) so as to place on the record the scope of the matter over which the Court would retain jurisdiction." The parties have not filed the settlement agreement.

Accordingly, the Court GRANTS the parties' motion to dismiss with prejudice (R. 27) in part and ORDERS the case and all claims dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Court, however, declines to maintain jurisdiction over the

1

settlement since the parties have not filed any settlement agreement(s) as expressly directed by the Court's Order of February 9, 2024.

    IT IS SO ORDERED.


Dated: September 23, 2024                      s/ *David A. Ruiz*
                                                          David A. Ruiz
                                                           United States District Judge